JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ABRAHAM KIM,

   Plaintiff,

v.

LA COUNTY COURT CLERK et al.,

   Defendants.

Case No. 2:25-cv-11119-SB-PD

FINAL JUDGMENT

  For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Abraham Kim's claims are dismissed with prejudice.

  This is a final judgment.

Date: December 15, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge